NATIONAL LABOR RELATIONS BOARD, Petitioner, v. REARDON COMPANY.
No. 13327.

Circuit Court of Appeals, Eighth Circuit.
June 24, 1946.

David A. Morse, Gen. Counsel, National Labor Relations Board, and A. Norman

Somers, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Frank E. Williams, of St. Louis, Mo., for respondent.

PER CURIAM.

Leave granted to petitioner to withdraw petition for enforcement of order of Labor Board and record of proceedings, on motion of petitioner and consent of respondent.